## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELAWARE RIVERKEEPER NETWORK** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION** *et al.*, | : | **No. 18-4508** |
| *Defendants* | : | |

## <u>O R D E R</u>

**AND NOW**, this _____ day of August, 2020, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 12, 15); Plaintiffs' Opposition and Cross-Motion for Summary Judgment (Doc. No. 17); Defendants' responses thereto (Doc. Nos. 24, 25); an Oral Argument held on November 1, 2019; the parties' supplemental briefing (Doc. Nos. 32–34); and the administrative record; it is **ORDERED**, as outlined in the accompanying Memorandum, that:

1. Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 17) is **DENIED**.

2. Defendants' Motions for Summary Judgment (Doc. Nos. 12, 15) are **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**